IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARNETTA SWIFT, | ) | 8:14CV259 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| KYLER, Omaha Police Officer, and | ) | |
| JOHN DOE, Unknown, Cohort of | ) | |
| Omaha Police, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Plaintiff filed a Notice of Appeal (Filing No. 14) on March 30, 2015. Plaintiff appeals from the court's Memorandum and Order dated March 18, 2015 (Filing No. 12), in which the court dismissed this matter without prejudice.

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

(a) Leave to Proceed in Forma Pauperis . . .

(3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:

(A) the district court--before or after the notice of appeal is filed--certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding . . . .

The court finds that because Plaintiff proceeded IFP in the district court, she may now proceed on appeal in forma pauperis without further authorization.

IT IS THEREFORE ORDERED that:

1.      Plaintiff may proceed on appeal in forma pauperis.

2.      The clerk of the court shall provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 31st day of March, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.